# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162180(42)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LARRY TANKANOW,

   Plaintiff-Appellee,

v

   SC: 162180
   COA: 348669
   Washtenaw CC: 18-000249-NF

CITIZENS INSURANCE COMPANY OF
AMERICA,

   Defendant-Appellant.

_____/

   On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply submitted on December 28, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2020     

             Clerk